UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 07-73-DLB

TONI L. CULBRETH                                                                                      PLAINTIFF

vs.                                                    **JUDGMENT**

COVINGTON BOARD OF EDUCATION ET AL.                                    DEFENDANTS

********************************

    Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith,

    **IT IS ORDERED AND ADJUDGED** that Judgment is hereby **GRANTED** for the Defendants, and that this matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

    This is a final and appealable order.

    This 1st day of December, 2008.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\Opinions\2-07-073-Judgment.wpd